UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

**05CRIM. 4 05**

-v.- : INDICTMENT

AUDREY ALOYSIUS, : 05 Cr.

Defendant. :

- - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 3 2005

*Judge Pauley*

<u>COUNT ONE</u>

The Grand Jury charges:

1. On or about December 17, 2003, in the Southern District of New York and elsewhere, AUDREY ALOYSIUS, the defendant, unlawfully, wilfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, namely, a scheme to defraud individuals out of millions of dollars through the use of fictitious investment projects, transmitted and caused to be transmitted by means of wire, radio, and television communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, ALOYSIUS caused a victim of the scheme to effect an interstate wire transfer of approximately $300,000 to ALOYSIUS' bank account in New York, New York.

(Title 18, United States Code, Sections 1343 and 2.)

COUNT TWO

The Grand Jury further charges:

2. On or about April 13, 2004, in the Southern District of New York and elsewhere, AUDREY ALOYSIUS, the defendant, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, namely, a scheme to defraud individuals out of millions of dollars through the use of fictitious investment projects, for the purpose of executing such scheme and artifice and attempting so to do, placed and caused to be placed in post offices and authorized depositories for mail matter, matters and things to be sent and delivered by the Postal Service, and deposited and caused to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and took and received therefrom such matters and things, and knowingly caused such matters and things to be delivered by mail and such carriers according to the directions thereon, and at the place at which it was directed to be

delivered by the person to whom it was addressed, to wit, ALOYSIUS sent two checks to a victim by overnight courier from an overseas location.

(Title 18, United States Code, Sections 1341 and 2.)

_____
FOREPERSON

_____
DAVID N. KELLEY
United States Attorney for the
Southern District of New York

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v -

### AUDREY ALOYSIUS,

Defendant.

### INDICTMENT

05 Cr.

(18 U.S.C. §§ 1341, 1343 and 2)

DAVID N. KELLEY
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

4/13/05 - Indictment returned before KNF and assigned to WHP.