UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                    :           05 Cr. 405 (WHP)

AUDREY ALOYSIUS,                              :           ORDER

                   Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court received the attached letter from defendant.  The Government is directed to consider this letter in the response the Government was previously directed by this Court to submit by October 31, 2008.

Dated: New York, New York
       October 20, 2008

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

*Counsel of record:*

Thomas Brown, Esq.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Government*

David Scott Smith
The Law Offices of David S. Smith
275 Madison Avenue
35th Flr.
New York, NY 10016
*Counsel for Defendant*

Your Honorable Judge Pauley,

<u>RE - S2 05 CR 405-01 (WHP)</u>

Further to my motion for reconsideration of my sentence I recieved the attached document from the BOP this morning. The document explains my punctual participation in the Horizon Residential Drug Abuse Program.

I hope the attached review of me and my progress report will assist in your kind assessment of my case.

I apologise for the inconvenience that I have caused you in this matter.

Thank you once again for your kind assistance in reviewing my case.

Yours Sincerely

Audrey Aloysius

#57151-054.

BP-A761.055
JAN 04

**RESIDENTIAL DRUG ABUSE PROGRAM NOTICE TO INMATE**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| To | Audrey Aloysius | Reg. No. | 57151-054 |
|---|---|---|---|
| From | Dr. Walsher | Institution | FCI Danbury |
| Title | Drug Abuse Program Coordinator | Date | 04/10/2008 |

**SECTION 1. RESIDENTIAL DRUG ABUSE PROGRAM QUALIFICATION**

You have requested participation in the Bureau's Residential Drug Abuse Treatment Program. My review of your case indicates that you ( ✓ DO ____ DO NOT ) meet the admission's criteria for the Residential Drug Abuse Program. It appears that you ( ✓ DO ____ DO NOT ) qualify to participate in the Residential Program. State the reason(s) below.

Comments

Inmate Aloysius meets the criteria to qualify for participation in the RDAP.

**SECTION 2 - PROVISIONAL § 3621 (E) ELIGIBILITY** (To be completed only if the inmate has completed or qualifies for the Residential Drug Abuse Treatment Program.)

For Residential Drug Abuse Treatment Program graduates to be eligible for early release, they must (DAPC must "x".)

| ____ Not an INS detainee. | ✓ Not a pre-trial inmate. |
|---|---|
| ✓ Not a contractual boarder. | ✓ Not an "old law" inmate. |
| ✓ Not have a current crime that is an excluding offense in BOP categorization of offenses policy (Mark an "x" in the appropriate block on the right.) | ____ Not a crime of violence as contained in BOP Categorization of Offenses policy.<br><br>____ Not an excluding crime by the Director's discretion in Categorization of Offenses policy. |
| ✓ Not have any prior felony or misdemeanor adult conviction for homicide, forcible rape, robbery, aggravated assault, or sexual abuse of children. ||

My current assessment, in consultation with your unit team, is that it ( ____ DOES ✓ DOES NOT ) appear that you are provisionally eligible for an early release. If not, List **ALL** the reason(s).

Comments

INS Detainer. Citizen of Malaysia.

If applicable, I understand that a determination of early release for me is **provisional, may change**, and depends on continued positive behavior and successful participation in all components of the program, including community transitional services.

| Inmate's Signature (indicate if refused to sign) | Refused to sign |
|---|---|
| [signature] | ____ Yes  ____ No |

cc: Drug Abuse Treatment File; Unit Team (place in section 4 of inmate central file); inmate

(This form may be replicated via WP)          (This form replaces BP-s761 dtd DEC 03)

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-01-2008 - Eval/Rpt - DAP-RDAP: Contact - Progress Note
**Reg Number-Name:** 57151-054 - ALOYSIUS, AUDREY    **Unit/Qtrs:** D, L01-008L
**Author:** LAWRENCE S. SAVINO, M.S., DTS, DRUG ABUSE TRTMNT SPECLST
**Institution:** DAN - DANBURY FCI

Inmate Aloysius, Audrey #57151-054 volunteered to participate in the Horizon Residential Drug Abuse Program (HRDAP) for the treatment of alcohol dependence. She began the program on May 9, 2008. She has been satisfactorily participating in the HRDAP and has completed all treatment plan activities on time and with no need for revision. She participates in weekly process group sessions with her peers, attends program structured classes, and attends counseling with her Primary Drug Abuse Treatment Specialist as needed. She is tentatively scheduled to graduate from the HRDAP on January 19, 2009. She has a current Good Conduct Time Release scheduled for March 24, 2010.

**SENSITIVE BUT UNCLASSIFIED**